226 So.2d 675

**James KELLEY**

v.

**STATE.**

**4 Div. 704.**

Court of Appeals of Alabama.

Sept. 9, 1969.

L. A. Farmer, Jr., Dothan, for appellant.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for the State.

CATES, Judge.

Coram nobis appeal to overturn two convictions based on pleas of guilty whilst attended by counsel in open court.

Coram nobis for this appellant seems to have served as a ticket for an all-expense-paid excursion from the penitentiary to the courthouse and return.

This appeal can be disposed by reference to Ware v. State, 44 Ala.App. 679, 219 So. 2d 910, wherein a similar post conviction proceeding is reported.

The judgment below is

Affirmed.